JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA SPIELMAN, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>LOWE'S COMPANIES, INC dba LOWE'S, and DOES 1 through 50, Inclusive,<br><br>               Defendant. | Case No. **2:20-CV-00602-SVW-ASx**<br><br>**ORDER RE STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to the Hon. Stephen V. Wilson<br>Courtroom: 10A – 10th Floor<br><br>Action Filed: December 17, 2019<br>Action Removed: January 21, 2020 |

**TO THE COURT, CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

    Finding good cause, the Court grants Plaintiff Roberta Spielman and Defendant Lower's companies, Inc. dba Lowe's "Stipulation for Dismissal With Prejudice."

    Accordingly, **IT IS HEREBY ORDERED** that:

1. The above-captioned action is dismissed with prejudice; and
2. All pending motions filed by any party are deemed withdrawn.

**IT IS SO ORDERED.**

DATED:  July 8, 2020

                              The Honorable Stephen V. Wilson

4832-9091-0658v.1 0086846-000081